IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| KAWAYNE STEELE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:17cv349-MHT |
| | ) | (WO) |
| VISCOFAN USA, INC., | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| KAWAYNE STEELE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:18cv368-MHT |
| | ) | (WO) |
| VISCOFAN SA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

Plaintiff Kawayne Steele filed this case seeking damages under Alabama tort law for a serious workplace injury. The case is now before the court on the recommendation of the United States Magistrate Judge that defendant Viscofan USA, Inc.'s motion for judgment

on the pleadings be granted, that Steele's motion for leave to amend complaint be denied, and that judgment be entered in favor of Viscofan USA and against Steele. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 26th day of April, 2018.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**