IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| KAWAYNE STEELE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:17cv349-MHT |
| | ) | (WO) |
| VISCOFAN USA, INC., et | ) | |
| al., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| KAWAYNE STEELE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:18cv368-MHT |
| | ) | (WO) |
| VISCOFAN SA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 39) is adopted.

(2) Defendant Viscofan USA, Inc.'s motion for judgment on the pleadings (doc. no. 25) is granted.

(3) Plaintiff Kawayne Steele's motion for leave to amend complaint (doc. no. 34) is denied.

(4) Judgment is entered in favor of defendant Viscofan USA, Inc. and against plaintiff Steele, with plaintiff Steele taking nothing by his complaint as to said defendant.

It is further ORDERED that the costs are taxed against plaintiff Steele, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed, and is referred back to the magistrate judge for further proceedings.

DONE, this the 26th day of April, 2018.

     /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE