IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KAWAYNE STEELE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:17-cv-349-ALB |
| | ) |
| VISCOFAN USA, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

_____

| | |
|---|---|
| KAWAYNE STEELE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:18-cv-368-ALB |
| | ) |
| VISCOFAN SA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

On October 10, 2018, the Magistrate Judge filed a Recommendation (doc. 70) to which timely objections have been filed. (Doc. 71). After an independent and *de novo* review of the record, the Recommendation, and the objections filed to the Recommendation, and the Court concludes that Defendant Viscofan SA's objections should be overruled and the Magistrate Judge's Recommendation is due to be adopted. Accordingly, it is

ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. 70) be and is hereby ADOPTED;

2. The Defendant Viscofan SA's objections are hereby OVERRULED; and

3. This case be and is hereby REFERRED back to the Magistrate Judge for further proceedings.

**DONE** and **ORDERED** this 21st day of May 2019.

/s/ Andrew L. Brasher
ANDREW L. BRASHER
UNITED STATES DISTRICT JUDGE